IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAULITA CORONADO, *Individually and on Behalf of All Others Similarly Situated,* | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-13-2179 |
| D N.W. HOUSTON, INC., *et al.,* | § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT AND AGREED
## MOTION TO CONSOLIDATE

The plaintiff, Paulita Coronado, and defendants, D N.W. Houston, Inc. d/b/a Gold Cup, Ali Davari, and Hassan Davari, filed a Joint and Agreed Motion to Consolidate Civil Action No. 4:13-cv-02174, *Paula Coronado, Individually and on Behalf of All Others Similarly Situated v. W.L. York, Inc. d/b/a Cover Girls Houston, Ali Davari, and Hassan Davari,* proceeding before the Honorable Kenneth M. Hoyt, into Civil Action No. 4:13-cv-01279, *Paulita Coronado, Individually and on Behalf of All Others Similarly Situated v. D N.W. Houston, Inc. d/b/a Gold Cup, Ali Davari, and Hassan Davari,* pending in this court. The motion is granted in the interests of economy and convenience to the parties and court. (Docket Entry No. 24).

Civil Action No. 4:13-cv-02174, *Paula Coronado, Individually and on Behalf of All Others Similarly Situated v. W.L. York, Inc. d/b/a Cover Girls Houston, Ali Davari, and Hassan Davari,* and Civil Action No. 13-cv-01279, *Paulita Coronado, Individually and on Behalf of All Others*

P:\CASES\2013\13-2179\consolidation order.wpd

*Similarly Situated v. D N.W. Houston, Inc. d/b/a Gold Cup, Ali Davari, and Hassan Davari*, are

consolidated into a single action, under Civil Action No. 4:13-cv-02179.

SIGNED on April 22, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge