United States District Court
Southern District of Texas

**ENTERED**
August 26, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAULITA CORONADO, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-cv-02179 |
| D N.W. HOUSTON, INC. D/B/A GOLD CUP, *et al.*, | § § § § | |
| Defendants. | § § | |

*Consolidated with,*

| | | |
|---|---|---|
| PAULITA CORONADO, *et al.*, | § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:13-cv-02174 |
| v. | § § § | |
| W.L. YORK, INC. D/B/A COVER GIRLS HOUSTON, *et al.*, | § § § § | |
| Defendants. | § § | |

*Consolidated with,*

| | | |
|---|---|---|
| TWANA DESHAYES, *et al.*, | § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 4:15-cv-01243 |
| V. | § § § | |
| A.H.D. HOUSTON, INC. D/B/A CENTERFOLDS, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER APPROVING SETTLEMENT AGREEMENT

Representative Plaintiffs, Paulita Coronado, Enid Lopez, Jurate Kopecky, and Twana Deshayes, on behalf of themselves and other similarly situated opt-in Plaintiffs

("Plaintiffs") and Defendants D N.W. Houston, Inc. d/b/a Gold Cup, ("Gold Cup"), W.L. York, Inc., d/b/a Cover Girls Houston, ("Cover Girls"), D. Houston, Inc., d/b/a Treasures, ("Treasures"), A.H.D. Houston, Inc., d/b/a Centerfolds, ("Centerfolds") D WG FM, Inc., d/b/a Splendors, ("Splendors"), Ali Davari, and Hassan Davari have filed a Joint Motion for Settlement Approval. (Docket Entry No. 194).

The Court has reviewed the stipulations of the Parties contained in their Joint Motion for Settlement Approval, and has reviewed the Settlement Agreement and Release executed between the Parties for fairness.  The Court finds that the Settlement Agreement and Release has been negotiated by the Parties, with the advice of counsel, after production of the relevant records underlying Plaintiffs' claims.  The Court further finds that the Settlement Agreement and Release is fair, reasonable, and adequate under the Fair Labor Standards Act and in the best interest of the Plaintiffs and the Opt-in Class Members.

The Settlement Agreement and Release entered into by the Parties in the above-captioned case is APPROVED.

The Court will retain jurisdiction to enforce the provisions of the Settlement Agreement. The Parties will file a Joint Status Report by April 15, 2017 and if appropriate request that the matter be dismissed with prejudice at that time.

This case is administratively closed until April 15, 2017.

The plaintiffs' attorneys' fees requested are approved as reasonable and adequate. One-half of the fees may be paid as of the date of this order. The remaining fees may not be paid until the last checks are sent to the class members.

SIGNED on August 26, 2016, at Houston, Texas.

_____

Lee H. Rosenthal

United States District Judge